956

No. 578. Hearst Consolidated Publications, Inc., et al. v. Hope. C. A. 2d Cir. Certiorari denied. *James M. McInerney* and *Frederick Bernays Wiener* for petitioners. *Morris K. Siegel* for respondent.

No. 531. UNA Chapter, Flight Engineers' International Assn., AFL–CIO, v. National Mediation Board et al. Motion of the Railway Labor Executives' Assn. for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *I. J. Gromfine, Herman Sternstein* and *Isaac N. Groner* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for the National Mediation Board; *Clarence M. Mulholland, Richard R. Lyman* and *Edward J. Hickey, Jr.* for the Railway Labor Executives' Assn.; *Robert L. Stern* for United Air Lines, Inc.; *Samuel J. Cohen* and *Benedict F. Fitzgerald, Jr.* for Air Line Pilots Assn., International; and *Andrew G. Haley* and *J. Roger Wollenberg* for Richard L. Keller et al., respondents.

No. 544. Shaffer et al., Indenture Trustees, v. Anderson, Trustee in Reorganization. Motion to correct and amend title to show the Protective Committee for Independent Stockholders of TMT Trailer Ferry, Inc., as a party respondent granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *M. James Spitzer* for petitioners. *Harry N. Boureau* for respondent. *Solicitor General Cox, Peter A. Dammann* and *David Ferber* for the Securities and Exchange Commission. *Malcolm S. Mason* and *Irwin L. Langbein* for the Protective Committee.